**FILED**
**10/31/2022**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

AO 241 (Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

### 28 U.S.C. § 2254 HABEAS CORPUS PETITION
### CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Jason L Taylor | 1:22-cv-02118-JPH-TAB |
| Place of Confinement: CIC | Earliest Possible Release Date: 3-19-31 |

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.]

1. Name of facility holding the hearing: **CIC**
   Date of hearing: ___/___/___   Case number: **CIC 22-07-0036**
   Offense: **111/113 Attempting / Aiding or Abetting and Trafficking**
   Code #: **111/113A**   Did you plead guilty? ○ Yes. ☒ No.

2. Lost earned credit time? ○ No. ☒ Yes, I lost **180** days earned credit time.
   Was the loss of earned credit time suspended? ☒ No. ○ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☒ No. ○ Yes, it was imposed on: ___/___/___

3. Demoted in credit class? ○ No. ☒ Yes, I was demoted from Class **1** to Class **2**.
   Was the demotion suspended? ☒ No. ○ Yes, it was suspended until: ___/___/___
   If suspended, has it been imposed? ☒ No. ○ Yes, it was imposed on: ___/___/___

4. Appealed to the Superintendent? ○ No. ☒ Yes, the result was: **Denied**

5. Appealed to Final Reviewing Authority? ○ No. ☒ Yes, the result was: **Denied**

6. Previously challenged this disciplinary hearing in federal court? ☒ No. ○ Yes, case number: ___

7. Are you paying the $5.00 filing fee?
   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ☒ Yes, the money will be paid for me by **Check**
   ○ No, I am filing a Prisoner Motion to Proceed In Forma Pauperis because I have less than $15.00 in my inmate trust account AND I have received less than $15.00 a month during the past six months.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

AO 241(Rev. 1/15) (INND Prison Disciplinary Rev. 8/16)

page 2

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] Due Process Violations Withholding of Evidence results AP. 02-04-101

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

1. The Withholding of Evidence results: AP02-04-101 under IV General Principals. I ask for the books test results from the Indiana Police Department witch the facility I&I J. Stevens said he sent the books for further testing. I was Denied this right. The Detec-a-chem test at the facility said that the books where positive for Cocain on 4/6/22. That violates Due Process under 5th 14th Amendments to the United States Constitution.

Did you present Ground One to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

**GROUND TWO:** [Briefly describe your claim.] Under AP. 02-04-101 Disiplinary Hearing Section K Witnesses.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I was Denied a witness that I called for this hearing. The witness that was trained for this type of training for Drug testing. The witness was Deputy Warden Fox. I showed him the Detec-a-chem test results the test tested positive for Cocain "Sully" but the Automative Analysis said that it was Enabled to (FAD). (2) DHB used "boiler-Plate" Language used in Policy and didn't specify how Mr. Fox, who in an administrative capacity with specialized training in DHB protocol didn't or was not completely unaware of the Dectec a chem Process.

Did you present Ground Two to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

AO 241(Rev. 1/15) (INND Prison Disciplinary Rev. 8/16) page 3

**GROUND THREE:** [Briefly describe your claim.] "Vedio Evidence"

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

All Vedio Evidence shall be permanently retained regardless of whether it has value or no value as evidence. I was denied this right. I asked for all evidence against me Vedio, Audio, test results, Phone calls, and I&I statements. Pictures

Any Evidence requested by an Offender, either at the time of Screening or during the disciplinary, shall be addressed. Requests for evidence shall not be denied without a written explanation documented on the Report of Disciplinary Hearing

Did you present Ground Three to the Final Reviewing Authority? ☑ Yes. ☐ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ☑ Report of Conduct
- ☑ Screening Report
- ☑ Report of Disciplinary Hearing
- ☑ Letter from the Final Reviewing Authority
- ☑ Other relevant documents: "My Appeal" I&I Statements

## RELIEF

I ask for the following relief: To have my Time & Credit Class restored and my Conviction of the Write up remended and Vacated Please and Thank you. _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 10 / 26 / 20 22 at 1:00 am/**pm**.

[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true.

_Jason J. Cayl_ #139046
Signature                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]