UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON L. TAYLOR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:22-cv-02118-JPH-TAB |
| | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

**Order to Show Cause - Discipline Case**

Indiana Department of Correction inmate Jason L. Taylor petitions for a writ of habeas corpus challenging his disciplinary conviction in prison disciplinary case CIC 22-07-0036.

**I.**

The petitioner shall have through **December 5, 2022,** in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so.

**II.**

The petitioner's custodian is directed to answer the allegations of the petitioner's petition for a writ of habeas corpus and in doing so shall **show cause** why the relief sought by the petitioner should not be granted insofar as the petitioner challenges the deprivation of a recognized liberty interest affecting the fact or the duration of his confinement. This shall be done within **forty-two (42) days** of the date this Entry is signed. The petitioner shall have **twenty-eight (28) days** after service of such answer or return to order to show cause on him in which to reply.

If the petitioner's earliest possible release date (as reflected on the Indiana Department of Correction's website) is more than 1-year after the date the Return to Order to Show Cause is due, the Respondent is permitted to file a "Notice of 42-day Extension by Respondent (Habeas cases

only)" which will extend the Respondent's deadline for filing a Return to Order to Show Cause by 42-days from the date the Notice is filed. The Notice must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

Although additional motions for time are not anticipated, all subsequent motions for time must include the petitioner's anticipated release date if the relief sought by the petitioner is granted.

**SO ORDERED.**

Date: 11/4/2022

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JASON L. TAYLOR
129046
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

Electronic Service to:

    Indiana Attorney General
    Indiana Department of Correction